Sean P. Paris, Esq.
sparis@rockymountain-law.com
Pearson & Paris, PC
14142 Denver West Parkway
Building 51, Suite 200
Lakewood, Colorado 80401
***Pro Hac Vice* counsel for the Plaintiff [*Pro Hac Vice* Application pending]**

Laura L. Horton, #158990
laura@horton-law.com
Horton Law Firm
9045 Corbin Ave., Suite 260
Northridge, California 91324
**Local counsel under L.R. 83-2.1.3.4**

Attorneys for Plaintiff United Shipping, Inc., a Colorado Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SHIPPING, Inc., a Colorado corporation.<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED SHIPPING GROUP, Inc., a California dissolved corporation and JOHN DOES 1-10.<br><br>                    Defendants. | **CASE NO.** 2:16-CV-06573<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

## INTRODUCTION

1.     Plaintiff United Shipping, Inc., a Colorado corporation ("United Shipping"), by and through its undersigned counsel hereby states its Complaint for Trademark Infringement against defendant United Shipping Group, Inc., ("United Shipping Group"), and in support thereof now states as follows:

-1-
COMPLAINT FOR TRADEMARK INFRINGEMENT

**NATURE OF THE CASE**

2. Plaintiff brings this action under the Lanham Act (15 U.S.C. §§ 1051-1127) to vindicate its federally protected registered trademark rights in the UNITED SHIPPING mark against the defendant's unlawful infringement thereof, and seeks injunctive relief against defendant, as well as damages, costs, and attorney's fees under 15 U.S.C. § 1117(a).

**PARTIES**

3. Plaintiff, United Shipping, Inc. is a corporation organized under the laws of the state of Colorado, with an office and principal place of business at 3300 South Parker Road, Suite 207, Aurora, Colorado 80014. United Shipping, Inc. was formerly known as: "United Shipping Associates, Inc."

4. Plaintiff operates under the federally registered trade name of: "UNITED SHIPPING."

5. The Defendant United States Shipping Group, Inc. ("United Shipping Group") is a corporation organized under the laws of California. United Shipping Group was incorporated on October 14, 2008, but it is currently listed as "Dissolved" by the California Secretary of State.

6. United Shipping Group lists its business address with the California Secretary of State as 1305 E. Colorado Street, Glendale, California 91205. Its registered agent is Kkrtich Tamrazyan, 1305 E. Colorado Street, Glendale, California 91205.

7. The John Doe defendants, whose true identity is currently unknown to the plaintiff, are those persons or entities, other than the named defendant, currently doing business as United Shipping Group, Inc. or, alternatively as United Shipping Group.

**JURISDICTION AND VENUE**

8. This court has original subject matter jurisdiction over the claims asserted herein pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338.

-2-

COMPLAINT FOR TRADEMARK INFRINGEMENT

9.     The principal place of business for the Defendant United Shipping Group is in Los Angeles County, California.  Furthermore, a substantial part of th events or omissions giving rise to the claims occurred in Los Angeles County, California.  Therefore, venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2).

## FACTUAL ALLEGATIONS
### HISTORY OF UNITED SHIPPING

10.     United Shipping Associates, Inc. was incorporated under the laws of Colorado in 1988 when it started its business and since that time it has been operating under the name and mark of UNITED SHIPPING in connection with freight forwarding, customs brokerage, freight ship transport, and related services.

11.     On May 8, 1997, United Shipping Associates, Inc. reserved with the Colorado Secretary of State the trade name: "United Shipping, Inc." and on October 31, 1997, it reserved the trade name: "United Shipping."

12.     In that same year, United Shipping Associates, Inc. filed for a trademark with the Unites States Patent and Trademark Office ("USPTO") for the mark: "UNITED SHIPPING," in connection with interstate and international freight ship transport, freight forwarding, and custom freight brokerage services. The USPTO registered the mark on December 1, 1998 under Registration Number 2,206,799.

13.     Furthermore, on September 30, 2003, United Shipping Associates, Inc. filed Articles of Amendment to the Articles of Incorporation to formally change its name to: "United Shipping, Inc."

14.     At present, United Shipping, Inc. is a worldwide network of independently owned and locally operated freight forwarders and customs brokers, hereinafter referred to as the "Members."  United Shipping, Inc. was created to compete with the large multinational freight forwarding companies.  United

///

-3-

COMPLAINT FOR TRADEMARK INFRINGEMENT

Shipping, Inc. has over 140 members with over 435 offices located throughout the world.

15.     United Shipping Lines, Inc., which is a wholly owned subsidiary of United Shipping, Inc., is a non-vessel operating common carrier licensed under the authority of the Federal Maritime Commission.

16.     Most Members of United Shipping, Inc. are also agents for United Shipping Lines, Inc.  All of the Members of United Shipping, Inc. and agents of United Shipping Lines, Inc., in addition to United Shipping Lines, Inc. have been granted a non-exclusive license to use the trademark UNITED SHIPPING.

17.     As independently owned companies, the Members of United Shipping, Inc. and agents of United Shipping Lines, Inc. collectively spend hundreds of thousands of dollars each year to promote their businesses along with the trademark UNITED SHIPPING.  Further, much of the freight shipped by United Shipping Members is done so under United Shipping Lines bills of lading. These marketing efforts and use of these bills of lading have created immeasurable value in the UNITED SHIPPING mark.

18.     United Shipping, through its Members, has continuously offered custom brokerage and freight forwarding services on an international basis, and other similar services customarily associated therewith.  United Shipping also solicits importers and exporters to utilize its Members' custom brokerage and freight forwarding services.  Through its efforts, United Shipping has established an international reputation for quality of services and professionalism of its Members.

19.     United Shipping has grown substantially over the past decades.  It currently has representation through its Members in over 85 countries, with over 430 offices and more than 5,000 employees worldwide.  United Shipping, through its Members, handles in excess of 6.5 million shipments per year.

///

COMPLAINT FOR TRADEMARK INFRINGEMENT

20.     As a result of its success, as well as its marketing efforts, plaintiff's trademark UNITED SHIPPING is inherently distinctive to the public, and serves

21.     primarily as a designator of origin of domestic and international freight forwarding emanating from or sponsored by the plaintiff.

22.     As a result of the widespread use and display of the UNITED SHIPPING trademark in interstate and international commerce, (a) the public and the shipping companies use the UNITED SHIPPING trademark to identify and refer to freight forwarding services, (b) the public and shipping companies recognize that such designations refer to a high quality of freight forwarding services emanating from a single source, and (c) the UNITED SHIPPING trademark has established secondary meaning and substantial goodwill.

23.     United Shipping uses the UNITED SHIPPING trademark throughout Europe, Russia, the Baltic countries, and the rest of the world.  Indeed, United Shipping has also registered the UNITED SHIPPING mark in the European Union under Registration No. 001279736.

24.     United Shipping's continuous and exclusive use of the mark UNITED SHIPPING throughout the United States and abroad has resulted in a high level of recognition, goodwill, and association between the mark and the services provided by United Shipping.  Customers throughout the United States readily recognize and associate United Shipping's trademarks with brokerage and freight forwarding services.

**FORMATION OF "UNITED SHIPPING GROUP"**

25.     According to its website, United Shipping Group started its operations in Los Angeles in 2006.  It registered the domain name UNITED SHIPPING GROUP.COM with GODADDY.COM, LLC on June 6, 2006.  The domain was last updated on June 7, 2016.  *See* Exhibit 1 attached hereto and incorporated herein by reference.

///

COMPLAINT FOR TRADEMARK INFRINGEMENT

26.    United Shipping Group, Inc. is a California corporation incorporated on October 14, 2008.  It is currently listed by the California Secretary of State as: Dissolved.  Yet, United Shipping Group continues to operate as a business; it continues to operate under the mark United Shipping Group; and it continues to use that mark in its internet domain name.

27.    United shipping Group ("USG") boasts on its website, www.unitedshippinggroup.com :

> **Company Information:**  Team USG with many years of experience in shipping has built growing networks in the CIS countries, namely Armenia, Russia, Ukrain [sic], Gerogia [sic], Artsakh, BeloRussia by trailblazing express service.  Hundreds of thousands of clients rely on USE's [sic] quality service to fulfill their shipping needs.

> **History:** USG customers benefit from the convenience offered by an impressive netwrok [sic] of branches serving several communities in California and eleswhere [sic].

> USG opened its Los Angeles branch in June of 2006.  USG's rapid growth is fueled by our customers [sic] growing needs to send merchandise to their homecountries [sic], Today, USG is one of the region's fastest growing air, land, sea delivery company serving the CIS.

28.    United Shipping Group's reference to the "CIS countries" presumably refers to the Commonwealth of Independent States, which is a regional organization formed during the breakup of the Soviet Union. Nine out of the 15 former Soviet Republics are member states, and two are associate members (Ukraine and Turkmenistan).  Georgia withdrew its membership in 2008, while the Baltic states (Estonia, Lithuania and Latvia) refused to participate.  Source: https://en.wikipedia.org/wiki/Commonwealth_of_Independent_States .

-6-

COMPLAINT FOR TRADEMARK INFRINGEMENT

29.     United Shipping Group maintains a Facebook page at https://www.facebook.com/search/101177479950347/local_search?surface=tyah where it also lists its address at 1307 E. Colorado Street, Glendale, California 91205.  It lists its telephone number as: (818) 291-9303 and its website address as: www.unitedshippinggroup.com.  United Shipping Group received a customer satisfaction rating of one out of five stars on its Facebook Page and the company reviews are generally bad, with one reviewer posting: "Omg this company is [sic] sucks ... There is no costumer [sic] service I'm calling them to see where is my box they hand the phone on me ...."  A copy of United Shipping Group's Facebook page is attached hereto as Exhibit 2 and incorporated herein by reference.

30.     United Shipping Group also maintains a presence on "Yelp."[1]  Its Yelp profile again lists its business address as 1307 E. Colorado Street, Glendale, California 91205.  It lists its telephone number as: (818) 291-9303 and its website address as: www.unitedshippinggroup.com.  The most recent Yelp review for United Shipping Group is dated July 20, 2016.  The Yelp reviews for United Shipping Group, which date back to September 20, 2011 to the present, are nearly universally negative.  A copy of United Shipping Group's Yelp reviews is attached hereto as Exhibit 3 and incorporated herein by reference.

31.     United Shipping Group conducts business in the field of freight forwarding.  It uses "UNITED SHIPPING" as part of its business name and in its business activities.

32.     United Shipping Group also uses the UNITED SHIPPING mark in its internet domain name; i.e. www.unitedshippinggroup.com.

33.     Its grammatically and typographically inferior website paves the way for an inference of inferior quality.  United Shipping Group's unfavorable

---

[1]  Yelp is an American multinational corporation headquartered in San Francisco, California.  It develops, hosts and markets Yelp.com and the Yelp mobile app, which publish crowd-sourced sourced reviews about local businesses.  https://en.wikipedia.org/wiki/Yelp.

COMPLAINT FOR TRADEMARK INFRINGEMENT

1   Facebook and Yelp reviews further threaten UNITED SHIPPING's reputation and
2   goodwill.

3                      **CEASE AND DESIST DEMANDS**

4          34.    In late spring of 2015, the plaintiff became aware for the first time that
5   United Shipping Group had misappropriated the plaintiff's mark and that it was
6   operating as a freight forwarder.

7          35.    On June 30, 2015, plaintiff, acting through counsel, sent a cease and
8   desist letter to United Shipping Group demanding that defendant cease utilizing
9   plaintiff's business and trade names.  A copy of the June 30, 2015 cease and desist
10  letter is attached hereto as Exhibit 4 and incorporated herein by reference.

11         36.    Again on May 9, 2016, plaintiff, acting through counsel, reiterated its
12  demands of June 30, 2015 and attached a form complaint for defendant's
13  consideration.  A copy of the May 9, 2016 cease and desist letter (without
14  attachment) is attached hereto as Exhibit 5 and incorporated herein by reference.

15         37.    Defendants have not responded to either correspondence, yet they
16  willfully continue to operate under the name of United Shipping Group and they
17  willfully continue their activities in the business of freight forwarding using the
18  UNITED SHIPPING mark.

19         38.    Upon information and belief, as a result of defendant's website, and
20  other internet based marketing efforts, defendant has caused customers calling to
21  request services from United Shipping to inadvertently call United Shipping
22  Group.

23         39.    Defendants have been diverting sales away from United Shipping
24  through its misleading advertising and utilization of the UNITED SHIPPING
25  trademark.

26         40.    Defendant's actions as alleged in connection with its utilization of the
27  UNITED SHIPPING trademark is intended to, and has caused confusion, mistake,
28  ///

-8-

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

or deception as to the source of origin of United Shipping services in that the public and shipping companies are likely to believe that United Shipping Group is the same as plaintiff's UNITED SHIPPING, or are authorized, sponsored, or approved by plaintiff, or are otherwise affiliated or connected with plaintiff or its valuable trademark.

41.    Defendant's actions as alleged have caused, and will continue to cause irreparable harm to the plaintiff and its trademark, and to the business and substantial goodwill represented thereby, and said acts and damages will continue unless restrained by this Court.

## CAUSES OF ACTION

## FIRST CLAIM FOR RELIEF

## FEDERAL TRADEMARK INFRINGEMENT

## (15 U.S.C. § 1114) – Injunctive Relief

42.    United Shipping incorporates herein all allegations contained in this Complaint.

43.    United Shipping has developed a protectable interest in its federally registered trademark: UNITED SHIPPING.

44.    The UNITED SHIPPING trademark is inherently distinctive and has acquired secondary meaning.  United Shipping has created a significant amount of goodwill and customer recognition with respect to its trademarks.

45.    United Shipping has registered its trademarks with the USPTO, which is *prima facie* evidence of (1) the validity of the UNITED SHIPPING mark and of the registration of the mark, (2) United Shipping's ownership of the mark, and (3) United Shipping's exclusive right to use the registered mark in commerce.

46.    Defendant has used United Shipping's trademarks, without its consent, both in domestic and international commerce, in connection with promoting its freight forwarding business and selling and offering for sale its services in connection therewith.

-9-

COMPLAINT FOR TRADEMARK INFRINGEMENT

47.     Consumers are likely to confuse defendant's mark with the plaintiff's federally registered mark, for the following reasons: (1) there is a high degree of similarity between the federally registered mark: "UNITED SHIPPING" and the defendant's mark "UNITED SHIPPING GROUP" – both are marks similar in appearance and they similarly suggest involvement in the freight forwarding business, the additional word "Group" encapsulates the plaintiff's "Member" network and is, therefore, particularly confusing; (2) both marks are in fact used in the freight forwarding business; (3) both marks are used in domestic and international trade; (4) both marks are used in the CIS countries; and (5) the plaintiff has consistently used and vigorously defended its federally registered mark.

48.     Defendant's use and continued use of United Shipping's trademarks was and remains willful and intentional with willful disregard that such imitation causes confusion and mistake, and deceives the public.

49.     Defendant's use and continued use of United Shipping's trademarks infringes upon and misappropriates the UNITED SHIPPING trademark.

50.     Defendant's infringement of United Shipping's trademarks has caused and continues to cause damages to United Shipping.

51.     Defendant's continued use of the UNITED SHIPPING mark has caused, and will continue to cause, irreparable harm and injury to the Plaintiff and to the Plaintiff's reputation and goodwill, for which plaintiff has no adequate remedy at law.

52.     The threat of future injury to the general public and to the plaintiff's business, identity, goodwill, and reputation necessitates the award of injunctive relief to prevent the defendant's continued wrongful and false acts and/or the use and infringement of the plaintiff's registered name and marks.

WHEREFORE, United Shipping, Inc. prays for the issuance of injunctive relief pursuant to 15 U.S.C. § 1116(a), and for costs.

COMPLAINT FOR TRADEMARK INFRINGEMENT

## SECOND CLAIM FOR RELIEF
## <u>FEDERAL TRADEMARK INFRINGEMENT</u>
## (15 U.S.C. § 1125(a)) – FALSE ADVERTISING

53.     United Shipping incorporates herein all allegations contained in this Complaint.

54.     Defendant has used United Shipping's name and trademark in commerce.

55.     Defendant's use of United Shipping's name and trademark contains a false designation of origin, contains a false and misleading statement of fact, and is likely to cause confusion or mistake, or to deceive the public as to the affiliation, connection, or association of defendant with United Shipping.

56.     Defendant's use of United Shipping's name and trademarks is willful, intentional, and is in violation of 15 U.S.C. § 1125(a).

57.     Defendant's infringement of United Shipping's trademarks and use of United Shipping's name has caused and continues to cause damage to United Shipping, including to its reputation and good will, for which the plaintiff has no adequate remedy at law.

58.     The threat of future injury to the general public and to the plaintiff's business, identity, good will, and reputation necessitates the award of injunctive relief to prevent the defendant's continued wrongful and false acts and/or the use and infringement of the plaintiff's registered name and marks.

59.     Pursuant to 15 U.S.C. § 1117(a), the plaintiff is entitled to recover (1) defendant's profits, any damages sustained by the plaintiff, and (3) the costs of the action.  The plaintiff further seeks treble damages and attorney's fees.

WHEREFORE, United Shipping, Inc. prays for the issuance of injunctive relief pursuant to 15 U.S.C. § 1116(a), and an award of damages, including treble damages, attorney's fees, and costs.

///

COMPLAINT FOR TRADEMARK INFRINGEMENT

**THIRD CLAIM FOR RELIEF**

**FEDERAL TRADEMARK INFRINGEMENT**

**(15 U.S.C. § 1125(c)) – DILLUTION/TARNISHMENT**

60.     United Shipping incorporates herein all allegations contained in this Complaint.

61.     Plaintiff's mark: UNITED SHIPPING is widely recognized by the general consuming public of the United States as a designation of source of the services of plaintiff.

62.     United Shipping Group has willfully used the trade name: "United Shipping Group" in commerce and in such a manner as to cause dilution of the UNITED SHIPPING mark.

63.     The defendant's use of the United Shipping Group name has caused the UNITED SHIPPING mark to lose and to continue to lose its ability to serve as a unique identifier of the plaintiff's services.

64.     Furthermore, United Shipping Group's similarity to the UNITED SHIPPING mark has caused, and will continue to cause, consumers to mistakenly associate the UNITED SHIPPING MARK with the defendant's inferior and offensive services in a manner that harms the reputation of the UNITED SHIPPING mark.

65.     Defendant's willful infringement of United Shipping's trademarks and use of United Shipping's name has caused and continues to cause damage to United Shipping, including to its reputation and good will, for which the plaintiff has no adequate remedy at law.

66.     The threat of future injury to the general public and to the plaintiff's business, identity, good will, and reputation necessitates the award of injunctive relief to prevent the defendant's continued wrongful and false acts and/or the use and infringement of the plaintiff's registered name and marks.

///

COMPLAINT FOR TRADEMARK INFRINGEMENT

1    WHEREFORE, United Shipping, Inc. prays for the issuance of injunctive

2  relief pursuant to 15 U.S.C. § 1116(a), and an award of damages, including treble

3  damages, attorney's fees, and costs.

4    The Plaintiff demands a jury to try all issues so triable.

5

6  Dated: August 26, 2016    **PEARSON & PARIS, P.C.**

7

8    *s/ Sean P. Paris*      ,

9    Sean P. Paris

10    Pearson & Paris, PC

11    14142 Denver West Parkway
     Building 51, Suite 200

12    Lakewood, Colorado 80401
     sparis@rockymountain-law.com

13    ***Pro Hac Vice* counsel for the Plaintiff**

14    **[*Pro Hac Vice* application pending]**

15    *s/ Laura L. Horton*      ,

16    Laura L. Horton, #158990

17    Horton Law Firm

18    9045 Corbin Ave., Suite 260
     Northridge, California 91324

19    laura@horton-law.com

20    **Local counsel under L.R. 83-2.1.3.4**

21

22

23

24

25

26

27

28

COMPLAINT FOR TRADEMARK INFRINGEMENT